

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| DWIGHT D. RUGGLES, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | NO. 4:10-CV-533-A |
| | § | |
| MICHAEL J. ASTRUE, | § | |
| COMMISSIONER OF | § | |
| SOCIAL SECURITY, | § | |
| | § | |
| Defendant. | § | |

ORDER

On June 17, 2011, the United States Magistrate Judge issued his proposed findings and conclusions and his recommendation in the above-referenced case. The recommendation is that the decision of defendant, Michael J. Astrue, Commissioner of Social Security ("Commissioner"), that plaintiff, Dwight D. Ruggles, was not disabled under Title II of the Social Security Act,[1] be affirmed. Plaintiff timely filed his objections, and the government filed a response thereto. After a thorough study of the record, the magistrate judge's proposed findings and conclusions, the parties' filings, and applicable legal authorities, the court has concluded that plaintiff's objections

---

[1] See Notice of Decision--Unfavorable, Tr. at 15, 26, which became the final decision of the Commissioner, id. at 7.

lack merit and that the recommendation of the magistrate judge should be accepted. Therefore,

The court accepts the recommendation of the magistrate judge and ORDERS that the decision of the Commissioner that plaintiff is not disabled under Title II of the Social Security Act be, and is hereby, affirmed.

SIGNED July 22, 2011.

JOHN McBRYDE
United States District Judge